UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

BRAD HOWARD AMMONS,

Debtor.
_____/

Case No. 16-49885-tjt
Chapter 7
Judge Tucker

**STIPULATION FOR ENTRY OF ORDER FURTHER EXTENDING TIME TO FILE OBJECTIONS TO THE DEBTOR'S DISCHARGE**

K. Jin Lim, the Chapter 7 Trustee of the Debtor's estate, and the Debtor, Brad Howard Ammons, through their respective attorneys, stipulate to the entry of the attached Order.

| | |
|---|---|
| BERNARDI, RONAYNE & GLUSAC, P.C. | LAW OFFICES OF JOSHUA B. SANFIELD. P.L.L.C. |
| /s/ Rodney M. Glusac | /s/ Joshua B. Sanfield |
| Attorneys for Trustee | Attorney for Debtor |
| 1058 Maple Street | 28850 Mound Road |
| Suite 100 | Warren, MI 48092 |
| Plymouth, MI 48170 | (586) 573-9000 |
| (734) 416-1780 | joshuasanfield@gmail.com |
| rodg@brgpc.com | (P66184) |
| (P43756) | |

Dated: December 15, 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

BRAD HOWARD AMMONS,

        Debtor.
_____/

Case No. 16-49885-tjt
Chapter 7
Judge Tucker

### ORDER FURTHER EXTENDING TIME TO FILE OBJECTIONS TO THE DEBTOR'S DISCHARGE

K. Jin Lim, the Chapter 7 Trustee of the Debtor's estate, and the Debtor, Brad Howard Ammons, through their respective attorneys, having filed their Stipulation approving the entry of this Order; and the Court being duly advised in the premises:

IT IS ORDERED that the Trustee shall have a further extension of time until January 27, 2017, to file objections to the Debtor's discharge pursuant to 11 U.S.C. § 727.

**EXHIBIT 1**

1